# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JERRY D. MEEHAN, SR., <br><br> Plaintiff, <br> vs. <br><br><br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br><br> Defendant. | )<br>)<br>)<br>)   1:11-cv-1370-SEB-TAB<br>)<br>)<br>)<br>)<br>)<br>) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Jerry D. Meehan, Sr. was not entitled to Disability Insurance Benefits and Supplemental Security Income based on his applications filed on May 16, 2008, and May 23, 2008, respectively, is **AFFIRMED.**

Date: 01/28/2013

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel